## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:15-cr-00061-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **SHENICE L. KIRKSEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Modify Conditions of Probation [Doc. 24] filed pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1.

Upon review of the Defendant's motion, and in light of the Government's consent, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Modify Conditions of Probation [Doc. 24] is **GRANTED**, and the Defendant's sentence of probation [Doc. 22] is modified to remove the requirement for location monitoring only. All other conditions of supervision shall remain in full force and effect.

Signed: April 22, 2016

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge