# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:15-cr-00061-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **SHENICE L. KIRKSEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Petition for a Nunc Pro Tunc Designation, Pursuant to the Rules of Criminal Procedure Rule 36(a)," which the Court construes as a motion for credit for time served on pretrial release. [Doc. 26].

On July 31, 2015, the Defendant was charged in a Bill of Information with maintaining an illegal gambling business, in violation of 18 U.S.C. § 1955. [Doc. 1]. The Defendant was arraigned on August 21, 2015, and placed on pretrial release. [See Doc. 9]. On August 21, 2015, the Defendant pleaded guilty pursuant to a written plea agreement. On March 22, 2016, the Defendant was sentenced to a term of two years' probation. [Doc. 22]. The Defendant now brings the present motion, arguing that she could receive

credit toward her sentence of probation for the time that she spent on pretrial release.  [Doc. 26].

The Defendant's request is denied.  A defendant is not eligible for a credit against her sentence for time spent on pretrial release.  See United States v. Insley, 927 F.2d 185, 186 (4th Cir. 1991).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Petition for a Nunc Pro Tunc Designation, Pursuant to the Rules of Criminal Procedure Rule 36(a)" [Doc. 26], which the Court construes as a motion for credit for time served on pretrial release is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 19, 2016

Martin Reidinger
United States District Judge